■ In the Matter of DENISE A. FARRAR, an Infant, by JOHN D. FARRAR and Another, Her Parents and Natural Guardians, et al., Respondents, v TOWN OF WATERFORD, Appellant. — Appeal from an order of the Supreme Court at Special Term (Soden, J.), entered March 10, 1980 in Saratoga County, which granted claimants' motion for leave to serve and file a late notice of claim. Order affirmed, with costs. (See *Coonradt v Averill Park Cent. School Dist.,* 75 AD2d 925; *Beatty v County of Saratoga,* 74 AD2d 662; *Bureau v Newcomb Cent. School Dist.,* 74 AD2d 133; cf. *Lavoie v Town of Ellenburg,* 78 AD2d 714.) Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Herlihy, JJ., concur.